



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  3/2/23
```

Louis V. Fasulo, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

MEMO ENDORSED

Sentencing Adj to
May 17, 2023
at 12:00 p.m.
[signature]

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

*Via Electronic Filing*
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

March 2, 2023

Re: **United States v. Robert Morrell, 22 CR 00334 (CM)**

Dear Judge McMahon,

     This firm represents Mr. Morrell in the above matter. Mr. Morrell's sentencing is currently scheduled for March 16, 2023. Pursuant to Your Honor's individual rules of practice, Mr. Morrell's sentencing submission is due March 2, 2023.

     As of the date herein, the parties have not received Probation's draft Presentence Investigation Report (PSR) in this matter. Pursuant to Rule 32(e)(2) of the Federal Rules of Criminal Procedure, a criminal defendant is entitled to receive a copy of the PSR no less than 35 days prior to sentencing. Additionally, a criminal defendant has 14 days from receipt of the PSR to raise objections thereto in writing. Fed. R. Crim. Pro. 32(f)(1).

     In light of this, the defense respectfully requests an adjournment of the March 16 sentencing date to a date no less than 45 days from the current sentencing date to account for the minimum timing provisions of Rule 32.[1]

     I have contacted Probation and they anticipate circulating a draft copy by next week. I have also contacted the Government and was advised that they do not oppose this application. I

---

[1] While Mr. Morrell may be inclined to waive the minimum 35-day notice requirement of Rule 32(e)(2), I cannot consent to a waiver at this time without first consulting with him.

| 225 Broadway, Suite 715 | 505 Eighth Avenue, Suite 300 | 1086 Teaneck Rd, Ste 3A |
| New York, New York 10007 | New York, New York 10018 | Teaneck, New Jersey 07666 |
| Tel (212) 566-6213 | Tel (212) 967-0352 | Tel (201) 569-1595 |
| Fax (212) 566-8165 | Fax (201) 596-2724 | Fax (201) 596-2724 |

thank the Court for its consideration.

                                               Respectfully submitted,

                                               /s/ Louis V. Fasulo
                                               Louis V. Fasulo, Esq.
                                               Fasulo Braverman & DiMaggio, LLP
                                               225 Broadway, Suite 715
                                               New York, New York 10007
                                               P: (212) 566-6213
                                               *LFasulo@FBDMLaw.com*

                                               *Attorney for Defendant Robert Morrell*

Cc.   AUSA